AIDA PERRETTO, an Infant, by ANTONIO PERRETTO, Her Guardian ad Litem, Respondent, v. JOHN F. EBBECKE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

GEORGE PUGH, Respondent, v. GUISEPPE DEMARIA and Others, Defendants. TRIBORO FRUIT AUCTION Co., INC., Appellant.— Order granting plaintiff's motion to open foreclosure action and to bring in appellant as a party defendant affirmed, with ten dollars costs and disbursements, it being the understanding of this court that the order appealed from vacates the judgment and sets aside the sale and the referee's deed given thereunder. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GENOISE, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, reversed upon the law and the facts and new trial ordered. The record does not show the adoption by the board of estimate and apportionment of any regulation restricting the use of premises as empowered by chapter 295 of the Laws of 1924, now section 242-b of the Greater New York Charter. The defendant did not satisfactorily show his use of the premises as at present used, prior to the Zoning Resolution of 1916. The apparently conceded use of the premises by the defendant for the " junking " of old automobiles may subject the defendant to a charge of operating a junk business without a license but that is not the offense of which he was accused in the information. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.